Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, DeMOSS and PRADO, Circuit Judges.

PER CURIAM: *

Raul Alfredo Gonzalez appeals the 18–month sentence imposed upon revocation of the supervised release term imposed when he was sentenced on his escape conviction. He argues that the 18–month sentence exceeds the statutory maximum under *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), and *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000).

*Booker* left intact the statutory provisions governing supervised release. *United States v. Hinson*, 429 F.3d 114, 117–18 (5th Cir.2005). The principles of *Apprendi* and *Blakely*, as developed in *Booker*, do not apply to revocations of supervised release. *See id.* at 118–19. Gonzalez's 18–month sentence was neither unreasonable nor plainly unreasonable, as it did not exceed the statutory maximum term of imprisonment of two years. *See id.* at 120; 18 U.S.C. § 3583(e)(3).

AFFIRMED.

UNITED STATES of America, Plaintiff–Appellee,

v.

Javier LINAN, Defendant–Appellant.

No. 05–40634.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Feb. 6, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Richard Edward Banks, Houston, TX, for Defendant–Appellant.

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

Javier Linan appeals the sentence of imprisonment imposed by the magistrate judge upon revocation of his probation. *See* 18 U.S.C. § 3401; 28 U.S.C. § 636(a)(4). This court lacks jurisdiction over the instant appeal. 18 U.S.C. § 3742(h). The appeal is therefore DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.